JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUSH MARK OUTFITTERS, INC., et al., <br><br> Defendants. | Case No. CV 22-4947-GW-PDx <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 13, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE